# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| JOHN DOE <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE ENTITIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS LISTED ON SCHEDULE A <br><br> *Defendant(s)* | Civil Action No. 3:25-CV-01376 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Entities, Partnerships, and Unincorporated Associations listed on Schedule A.

Addresses currently unavailble; see Plaintiff's Motion to Temporarily Proceed Under Pseudonym and for Leave to File Under Seal for details.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  G. Edward Powell
Waddey Acheson LLC
1020 16th Ave S, Suite 300
Nashville, TN 37212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/22/2025

*Signature of Clerk or Deputy Clerk*