UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MAGBAG LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:25-cv-01376 |
| | ) | |
| THE ENTITIES, PARTNERSHPS, | ) | |
| AND UNINCORPORATED | ) | |
| ASSOCIATIONS LISTED ON | ) | |
| SCHEDULE A, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Amended Proposed Consent Judgment and Order of Transfer as to Defendant Non. 637 ("HAONAI CO.LTD"), (Doc. No. 68). The Court sets a telephonic status conference for **March 4, 2026, at 10:30 a.m. (CST)** The parties shall call 1-855-244-8681, and when prompted enter access code 2314 537 9888# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

Plaintiff's counsel shall ensure that Defendant's representative has been provided a copy of this Order.

During the telephone conference, the parties and their counsel of record shall state their name before speaking, never interrupt the court or another person speaking and when referring to a document filed with the Court, use the designated docket number.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE