| | | |
|---|---|---|
| MAGBAG LLC, | **)** | |
| | **)** | Case No.: 3:25-CV-01376 |
| Plaintiff, | **)** | |
| | **)** | Judge: Waverley D. Crenshaw, Jr. |
| v. | **)** | |
| | **)** | Magistrate Judge: Barbara D. Holmes |
| THE ENTITIES, PARTNERSHIPS, AND | **)** | |
| UNINCORPORATED ASSOCIATIONS | **)** | |
| LISTED ON SCHEDULE A, | **)** | **JURY DEMAND** |
| | **)** | |
| Defendants. | **)** | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NOS. 374, 415, 95, 123, 449, AND 370.

Plaintiff, MAGBAG LLC ("Plaintiff"), by and through its undersigned counsel, hereby files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) as to Defendant Nos. 374, 415, 95, 123, 449, and 370.

### I.    Dismissal of Settled Defendants (With Prejudice)

Plaintiff voluntarily dismisses all claims asserted in this action against the following Defendants:

| 374 | HooBribeau Store |
|---|---|
| 415 | Popbutto |
| 95 | Quanzhou Osgoodway Co. Ltd |
| 123 | Shenzhen Xinhuafa Bag Products Ltd. |
| 382 | CritterCare Store |
| 449 | Kara Vesa |
| 370 | LN Household Items |

These dismissals are **WITH PREJUDICE.**

Each of the Dismissals is pursuant to a Confidential Settlement Agreement that has been reached with the Defendant, and each party is to bear their own costs and fees.

## II.    Scope of Dismissal

This Notice of Voluntary Dismissal applies only to the Defendants specifically identified above: Defendant Nos. 374, 415, 95, 123, 449, and 370.

This dismissal does not affect Plaintiff's claims against any other Defendants in this action.

## III.    Conclusion

Plaintiff respectfully requests that the Clerk of the Court note on the docket the dismissal of all claims against Defendant Nos. 374, 415, 95, 123, 449, and 370 **WITH PREJUDICE.**

Dated: March 23, 2026

Respectfully submitted,

/s/ *G. Edward Powell III*

G. Edward Powell III (CA Bar #324530)
Chanelle Acheson (TN BPR #30008)
W. David Bridgers (TN BPR #16603)
**Waddey Acheson LLC**
1030 16th Ave S, Suite 300
Nashville, TN 37212
615-839-1100
ed@waddeyacheson.com
Counsel for Plaintiff MagBag LLC

### CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NOS. 374, 415, 95, 123, 449, and 370 will be served upon the Defendants listed in Schedule A to the Complaint on any party that has appeared via ECF or via the alternative methods of service previously employed in this case, including service by electronic mail to the email addresses identified for each Defendant and/or by publication.

/s/ *G. Edward Powell III*
G. Edward Powell III (CA Bar #324530)